IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 97 MR WCM

| | | |
|---|---|---|
| TRUDY CROWE, | ) | |
| | ) | ORDER |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ETHICON, INC. and | ) | |
| JOHNSON & JOHNSON | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Shelley W. Coleman. The Motion indicates that Ms. Coleman, a member in good standing of the Bar of this Court, is local counsel for Defendants and that she seeks the admission of Caroline D. Walker, who the Motion represents as being a member in good standing of the Bar of the State of Alabama. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Caroline D. Walker to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 21, 2020

W. Carleton Metcalf
United States Magistrate Judge