IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 97 MR WCM

| | | |
|---|---|---|
| TRUDY CROWE, | ) | |
|         Plaintiff, | ) | |
| v. | ) | ORDER |
| ETHICON, INC. and JOHNSON & JOHNSON | ) | |
|         Defendants. | ) | |

This matter is before the Court on a Joint Motion to Adopt Certain MDL 2327 Pretrial Orders (the "Motion to Adopt," Doc. 22), through which the parties jointly request that the Court adopt the following Orders, previously entered in MDL No. 2327 Ethicon, Inc., Pelvic Repair System Products Liability Litigation, United States District Court, Southern District of West Virginia:

1. MDL-2327 Docket No. 204, Pretrial Order No. 11, Stipulated Protective Order (the "Protective Order," Doc. 22-1);

2. MDL-2327 Docket No. 235, Pretrial Order No. 13, Stipulation for the Production of Documents and Electronically Stored Information (the "ESI Order," Doc. 22-2); and

3. MDL-2327 Docket No. 1657, Pretrial Order No. 190, Pathology Protocol for Preservation and Testing of Explants and Tissue Samples Taken from Plaintiffs (the "Pathology Protocol," Doc. 22-3).

After reviewing the Protective Order, ESI Order, and Pathology Order, and considering the parties' consent to the entry of these discovery-related orders in this case, the undersigned will grant the Motion to Adopt, provided however that to the extent the orders are in conflict with the Local Rules of this district or any specific order entered in this matter, including but not limited to the Pretrial Order and Case Management Plan (Doc. 20), the Local Rules and any specific orders entered in this case control. By way of example, notwithstanding any provision of the Protective Order, ESI Order, or Pathology Order, to the extent any party seeks leave to file information with the Court under seal, such request shall be made in conformity with the Local Rules of this district, including Local Civil Rule 6.1. By way of further example, the parties are reminded of the requirement that they request a conference with the undersigned prior to filing any substantive discovery motions, as described in the Pretrial Order and Case Management Plan. See Doc. 20, pp. 4-5.

**IT IS THEREFORE ORDERED** that the Joint Motion to Adopt Certain MDL 2327 Pretrial Orders (Doc. 22) is **GRANTED**, and the Stipulated Protective Order (Doc. 22-1), Stipulation for the Production of Documents and

2

Case 1:20-cv-00097-MOC-WCM    Document 23    Filed 11/24/20    Page 2 of 3

Electronically Stored Information (Doc. 22-2), and Pathology Protocol for Preservation and Testing of Explants and Tissue Samples Taken from Plaintiffs (Doc. 22-3) are **ADOPTED** as orders of this Court in the above-captioned proceeding, subject to the conditions set forth above.

Signed: November 24, 2020

W. Carleton Metcalf
United States Magistrate Judge