IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 97 MOC WCM

| | |
|---|---|
| TRUDY CROWE, | ) |
|     Plaintiff, | ) ORDER |
| v. | ) |
| ETHICON, INC. and JOHNSON & JOHNSON | ) |
|     Defendants. | ) |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 24) filed by Whitney Jo Butcher. The Motion indicates that Ms. Butcher, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Russell Lewis, who the Motion represents as being a member in good standing of the Bar of the State of Tennessee. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (Doc. 24) and **ADMITS** Russell Lewis to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: January 4, 2021

W. Carleton Metcalf
United States Magistrate Judge